UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Ricky Dickinson,

          Plaintiff,      Case No. 23-cv-11711

v.                            Judith E. Levy
                             United States District Judge

Susan McCauley, Kathileen L.,
Brown, Gentile, and Heidi      Mag. Judge Anthony P. Patti
Washington,

          Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION [10]

Before the Court is Magistrate Judge Anthony P. Patti's Report and Recommendation recommending the Court "dismiss Plaintiff's claims against each of the five Defendants without prejudice in accordance with Fed. R. Civ. P. 4(m)." (ECF No. 10, PageID.32.) The parties were required to file specific written objections, if any, within fourteen days of service. Fed. R. Civ. P. 72(b)(2); E.D. Mich. LR 72.1(d). No objections were filed. The Court has nevertheless carefully reviewed the Report and Recommendation and concurs in the reasoning and result. Accordingly,

The Report and Recommendation (ECF No. 10) is ADOPTED; and

This case is hereby DISMISSED WITHOUT PREJUDICE.[1]

IT IS SO ORDERED.

Dated: January 29, 2025         s/Judith E. Levy
    Ann Arbor, Michigan         JUDITH E. LEVY
                                     United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on January 29, 2025.

                                      s/William Barkholz
                                      WILLIAM BARKHOLZ
                                      Case Manager

---

[1] By failing to object to the Report and Recommendation, the parties have forfeited any further right of appeal. *See United States v. Wandahsega*, 924 F.3d 868, 878 (6th Cir. 2019); *Berkshire v. Beauvais*, 928 F.3d 520, 530 (6th Cir. 2019).